IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr167

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| MICHAEL DEAN CLARK (4) ) | |
| ) | |

**THIS MATTER** is before the Court upon motion of the government to dismiss the indictment against Michael Dean Clark only without prejudice, pursuant to Fed. R. Crim. P. 48(a). (Doc. No. 54).

**IT IS THEREFORE ORDERED** that the government is granted leave to dismiss the indictment against Michael Dean Clark only without prejudice.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

Signed: February 21, 2007

Robert J. Conrad, Jr.
Chief United States District Judge